ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Corrections Officer Erica Nogle*
*Corrections Officer Carlos Silva*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS SILVA, #18356<br>ERICA NOGLE, #9624<br><br>Defendants. | CASE NO. 2:23-cv-00624-RFB-BNW<br><br>**OFFICER ERICA NOGEL AND OFFICER CARLOS SILVA'S MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF COURTNEY MOTLEY, AN INCARCERATED PERSON** |

COMES NOW Officer Carlos Silva and Officer Erica Nogle ("Defendants"), by and through their attorneys of record, Robert W. Freeman, Esq. and E. Matthew Freeman, Esq., of Lewis Brisbois Bisgaard & Smith, LLP, and hereby move this Honorable Court, pursuant to Fed. R. Civ. P. 30(a)(2)(B) for leave to take the deposition of Plaintiff Courtney Motley, currently incarcerated. This motion is made and based upon the following Memorandum of Points and Authorities as well as the papers an pleadings on file herein.

…

…

…

…

…

139103723.1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. THE DEPOSITION OF COURTNEY MOTLEY, WHO IS CURRENTLY INCARCERATED AT THE CLARK COUNTY DETENTION CENTER, NEVADA, IS NECESSARY FOR THE PREPARATION OF THE DEFENSE IN THIS MATTER.

Plaintiff, an inmate in the custody of the Las Vegas Metropolitan Police Department, at the Clark County Detention Center, filed a Complaint on October 17, 2023, alleging, among other things, violations of his civil rights under 42 U.S.C. §1983. (ECF No. 5). Because Plaintiff was, and remains, an unrepresented inmate, Magistrate Judge Weksler, screened Plaintiff's Complaint on October 17, 2023, and allowed Plaintiff to proceed against the Las Vegas Metropolitan Police Department Defendants on several grounds, including, but not limited to excessive force, and unlawful arrest. (ECF No. 4). The Las Vegas Metropolitan Police Department ("LVMPD") Defendants deny each of the allegations contained in Plaintiff's Complaint and associated Screening Order.

Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the deposition of a person confined in prison may only be taken by leave of Court. The LVMPD Defendants submit that deposition testimony is necessary to the preparation of the defense in this matter as it will allow the LVMPD Defendants a better understanding concerning each of Plaintiff's factual allegations.

…

…

…

…

…

…

…

…

…

…



139103723.1

2

II.     **CONCLUSION**

Pursuant to the foregoing facts, precedent and legal argument, and based on the vital nature of Plaintiff's testimony in this matter, Defendants respectfully request the Court issue an Order permitting Plaintiff Courtney Motley's deposition to go forward at the place of his incarceration pursuant to Fed. R. Civ. P. 30(a)(2)(B).

DATED this 18th day of April, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*Officer Erica Nogle*
*Officer Carlos Silva*

**IT IS SO ORDERED**

**DATED:** 5:58 pm, April 22, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



139103723.1

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of April, 2024, I electronically filed the **OFFICER ERICA NOGEL AND OFFICER CARLOS SILVA'S MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF COURTNEY MOTLEY, AN INCARCERATED PERSON** with the Clerk of the Court through Case Management/Electronic Filing System.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 18th day of April, 2024, I served a true and correct copy of the foregoing **OFFICER ERICA NOGEL AND OFFICER CARLOS SILVA'S MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF COURTNEY MOTLEY, AN INCARCERATED PERSON** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

COURTNEY MOTLEY
#7030758
Clark County Detention Center
330 South Casino Center
Las Vegas, NV 89101
Plaintiff in Proper Person

/s/ *Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP