**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Courtney Motley, | Case No. 2:23-cv-00624-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Carlos Silva, et al., | |
| Defendants. | |

On October 8, 2024, this case was consolidated with Case No. 2:24-cv-00981 given the similarities in allegations contained in each of those complaints. ECF No. 40. As the Order explains, the complaint in Case No. 2:24-cv-00981 was never screened.

**I.    Plaintiff must provide clarification no later than December 27, 2024**

Upon looking at each of these complaints, it appears that the allegations in Case No. 2:23-cv-00624 took place in August 2021 while the allegations in Case No. 2:24-cv-00981 took place in August 2024. Having said that, the allegations in each of the two complaints are very similar and many of the same defendants are named in each of the complaints. Given this, the Court will order Plaintiff to clarify whether (1) these are two separate incidents (one taking place in 2021 and one taking place in 2024) or (2) whether this is all one incident (taking place in 2021). This clarification will be due no later than December 27, 2024. Failure to respond by this deadline may result in the case moving forward only against the defendants identified in the screening order at ECF No. 4. This Court will provide further instructions once it has received a response from Plaintiff.

**II.    Plaintiff must serve Yasmeen Rubin**

While the screening order has allowed certain causes of action to proceed against Ms. Rubin, Ms. Rubin has not been served. *See* ECF Nos. 14, 15, 41. Plaintiff is responsible for providing the correct address for Yasmeen Rubin to the U.S. Marshal's Office so that service can take place. This Court will sua sponte extend the deadline to serve Ms. Rubin. Plaintiff must fill

out and return the attached USM-285 form to the U.S. Marshall by December 27, 2024. Once the U.S. Marshal receives that USM-285 form for Ms. Rubin, they will have until January 31, 2025, to serve her.

### III. Conclusion

**IT IS THEREFORE ORDERED** that Plaintiff must provide clarification regarding the allegations in each of the complaints no later than December 27, 2024.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff a blank copy of form USM-285.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue a summons for defendant Yasmeen Rubin.

**IT IS FURTHER ORDERED** that Plaintiff shall have until December 27, 2024, to fill out the required USM-285 form and return it to the U.S. Marshal Service. On the form, Plaintiff must fill in defendant Yasmeen Rubin's last-known address.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summons, and the operative complaint (ECF No. 5) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 form, the U.S. Marshal shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on defendant Yasmeen Rubin.

DATED: November 22, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE