**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| COURTNEY S. MOTLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS SILVA, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00624-RFB-BNW<br><br>**ORDER** |

　　Before the Court for consideration is the Report and Recommendation (ECF No. 53) of the Honorable Brenda Weksler, United States Magistrate Judge, entered on December 17, 2024. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by December 31, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 53) is **ACCEPTED** and **ADOPTED** in full.

      **IT IS FURTHER ORDERED** that Defendants Yasmeen Rubin and Jerri Dermanetian are **DISMISSED** from this action without prejudice.

      **IT IS FURTHER ORDERED** that the Deceit claim against Defendant VanDyke is **DISMISSED** as duplicative.

      **DATED:** May 20, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**